**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:19cr431-MHT** |
| | ) | **(WO)** |
| **CHRISTOPHER HARDY** | ) | |

**ORDER**

Upon consideration of the government's motion to dismiss counts 2, 3, and 4 from the indictment, which is unopposed, it is ORDERED that the motion (doc. no. 31) is granted, and said counts are dismissed from the indictment (doc. no. 1) in the interest of justice.

DONE, this the 2nd day of September, 2020.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**