IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:19cr431-MHT
                            )             (WO)
CHRISTOPHER HARDY           )
```

ORDER

This case is before the court on defendant Christopher Hardy's motion for early termination of probation.  The motion is unopposed.  Based on Hardy's completion of over half of his three-year term of probation--and a total of two years and four months of supervision including the pre-conviction period--with no incidents of noncompliance, no arrests or contact with law enforcement, and no substance abuse, and on his maintenance of stable employment during supervision, the court concludes that early termination of probation is appropriate.

***

Accordingly, it is ORDERED that:

(1) The motion (Doc. 48) is granted.

    (2) Defendant Christopher Hardy's term of probation is terminated effective immediately, and he is discharged.

    DONE, this the 9th day of May, 2022.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE